HEARD NOVEMBER TERM, 1877.

## SCOTT *vs.* PRATT.

The Circuit Court is without jurisdiction to hear and decide a cause on appeal from the judgment of a Trial Justice where notice of appeal was not served within the time allowed by law.

BEFORE MACKEY, J., AT YORK, JANUARY, 1877.

This was an action by Sylvia Scott, plaintiff, against Amzi Pratt, defendant, before a Trial Justice of York County, on an open account for work and labor.

The summons was served on October 2d, 1875, and on the 9th day of November of the same year a judgment was rendered in favor of the plaintiff for $43.45, and on the same day the Trial Justice gave the defendant due notice thereof.

No notice of appeal was given within the time allowed by law for taking an appeal, and after that time had expired execution upon the judgment was issued and levied.

The defendant then made a verbal complaint to the Circuit Judge, who wrote a letter to the Trial Justice, dated November 20th, 1875, stating that "the appeal to the Court of Common Pleas made by Amzi Pratt must be respected."

On the 22d November, 1875, the defendant gave notice of appeal in due form.

At January Term, 1875, a motion was made by the plaintiff's attorney to dismiss the appeal. The motion was denied, and the plaintiff appealed.

*Hart,* for appellant.

*Bell,* contra.

January 8, 1878. *Per Curiam.*

The judgment of the Circuit Court vacating the judgment of the Trial Justice must be set aside, and the judgment of the Trial Justice reinstated. The appeal to the Circuit Court was taken after the expiration of the time prescribed for such appeals, and, accordingly, the Circuit Court was without jurisdiction in the case.